

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00416-CV

**MCLENNAN COUNTY APPRAISAL DISTRICT,**

**Appellant**

**v.**

**AMERICAN HOUSING FOUNDATION,**
**WACO PARKSIDE VILLAGE, LTD.**
**AND WACO ROBINSON GARDEN, LTD.,**

**Appellees**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2005-2197-1**

## MEMORANDUM  OPINION

Appellee American Housing Foundation has filed a bankruptcy proceeding. TEX. R. APP. P. 8.1.  Further action in this appeal is automatically stayed.  *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion.  TEX. R. APP. P. 8.2.  It may be reinstated on motion of any party showing that the stay has been lifted or modified and specifying

what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The reporting requirement of Local Rule 17 is suspended. 10TH TEX. APP. (WACO) LOC. R. 17. As an administratively closed file, the case file will be retained for six years after the date it is closed, after which it will be destroyed. TEX. GOV'T CODE ANN. § 51.204(d) (Vernon 2005).

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.


PER CURIAM


Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal suspended; appeal administratively closed
Opinion delivered and filed August 19, 2009
[CV06]